UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LEAVE OF ABSENCE REQUEST | ) |
| | ) |
| C. TROY CLARK | ) Case Nos.  CR114-120, USA v. Bigger |
| January 13, 2015 | )                    CR115-001, USA v. Childs |
| February 10, 2015 | ) |
| March 11, 2015 | ) |
| April 16, 2015 | ) |
| May 5, 2015 | ) |

## ORDER

**C. Troy Clark** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **C. Troy Clark** be granted leave of absence for the following periods: **January 13, 2015, February 10, 2015, March 11, 2015, April 16, 2015 and May 5, 2015.**

This 13th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia